MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

Hallie Mitchell Hoffman  (210200)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hallie.mitchell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH A. THOLIN,<br><br>    Defendant. | No. CR 12-0544<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM 9/12/2012 TO 9/26/1012 |

The defendant, Kenneth A. Tholin, represented by Matthew G. Jacobs, and the government, represented by Hallie Mitchell Hoffman, Assistant United States Attorney jointly have requested a continuance of the matter from 9/12/2012 until 9/26/2012.  The co-defendant, Mr. Quiles, Sr. has not yet retained counsel and expects to do so by 9/26/2012.  To be economical with the Court's time, and to begin to review discovery, the parties propose this brief continuance.  Counsel requests that time be excluded under the Speedy Trial Act between 9/12/2012 and 9/26/2012.

ORDER EXLUDING TIME
Case No. CR

The Court finds that the ends of justice served by excluding the time between 9/12/2012 and 9/26/2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between 9/12/2012 and 9/26/2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____9/13/12_____



_____
EDW[ARD M. CHEN]
Unite[d States District Judge]

ORDER EXLUDING TIME
Case No. CR                                        -2-