MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

Hallie M. Hoffman  (210020)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hallie.hoffman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0544 (EMC) |
| ) | |
|     Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING |
|     v. ) | TIME FROM OCTOBER 17, 2012 TO |
| ) | NOVEMBER 14, 2012 |
| KENNETH A. THOLIN and ) | |
| ENRIQUE QUILES, Sr., ) | |
| ) | |
|     Defendants. ) | |

The defendants, Kenneth A. Tholin, represented by Matthew G. Jacobs, Esquire, and

Enrique Quiles, Sr., represented by Gail Shifman, Esquire, and the government, represented by

Hallie M. Hoffman, Assistant United States Attorney, appeared before the Court on October 17,

2012 for a status hearing.  Defense counsel represented that they needed additional time to

review discovery and to effectively prepare the case.  Defense counsel requested a continuance

of the matter.

The matter was continued to November 14, 2012 at 2:30 to set further proceedings.

Counsel for the defendants requested that time be excluded under the Speedy Trial Act between

October 17, 2012 and November 14, 2012 because they needed the remaining period of time to

review the discovery and to conduct necessary investigation.  The government stated it had no

1   objection to excluding time.

2        Based upon the representation of counsel and for good cause shown, the Court finds that

3   failing to exclude the time between October 17, 2012 and November 14, 2012 would

4   unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

5   time necessary for effective preparation, taking into account the exercise of due diligence.  18

6   U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

7   the time between October 17, 2012 and November 14, 2012 from computation under the Speedy

8   Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,

9   IT IS HEREBY ORDERED that the time between October 17, 2012 and November 14, 2012

10   shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and

11   (B)(iv).

14   DATED: _____October 19, 2012_____



15   EDWARD M. CHEN
United States District Judge