MATTHEW G. JACOBS (SBN 122066)
DLA PIPER LLP (US)
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Tel:  916.930.3200
Fax:  916.930.3201

Attorneys for Defendant
KENNETH A. THOLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  3:12-cr-00544-EMC |
| Plaintiff, | **STIPULATION AND [P~~ROPOSED~~] ORDER** |
| v. | |
| KENNETH A. THOLIN, and ENRIQUE QUILES, SR., | |
| Defendants. | |

IT IS HEREBY STIPULATED between the Government and Defendant Kenneth Tholin that Mr. Tholin may travel to Mexico on vacation from October 24, 2012 through November 2, 2012, and that the Court, through ~~the Clerk's Office and/~~or Pretrial Services, may return Mr. Tholin's passport to him on October 23, 2012, and that Mr. Tholin will re-deposit his passport with ~~the Cou~~Pretrial rt on November 3, 2012.

Dated:  October 18, 2012

                                  DLA PIPER LLP (US)

                                  By /s/ Matthew G. Jacobs
                                     MATTHEW G. JACOBS
                                     Attorneys for Defendant
                                     KENNETH A. THOLIN

1  Dated:  October 18, 2012

2                  MELINDA HAAG
                United States Attorney

3

4                  By /s/ Hallie Mitchell Hoffman
                  HALLIE MITCHELL HOFFMAN

5                    Assistant United States Attorney

## [PROPOSED] ORDER

Based on the stipulation above, the Court orders ~~the Clerk's Office and~~/or Pretrial Services to return Defendant Tholin's passport to him on October 23, 2012.  The Court further orders Mr. Tholin to re-deposit his passport with ~~the Clerk's Office and/~~or Pretrial Services upon his return on November 3, 2012.

SO ORDERED.

Dated:  October 19, 2012

_____
HONORABLE [illegible]
UNITED STATES [illegible]

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen