1   GAIL SHIFMAN
    ATTORNEY AT LAW
2   601 California Street
    Suite 1800
3   San Francisco, CA  94108
    Telephone:  (415) 551-1500
4   Facsimile:  (415) 551-1502

5   Attorney for Defendant
    ENRIQUE QUILES, SR.
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,         Case No. CR 12-0544 EMC

13                  Plaintiff,         STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING STATUS HEARING
14         v.                          DATE AND EXCLUDING TIME UNDER
                                       THE SPEEDY TRIAL ACT
15
     ENRIQUE QUILES, SR., ET AL.,
16

17                  Defendants.

18

19         Plaintiff, by and through its attorney of record, and

20   defendants, by and through their attorneys of record, hereby

21   stipulate and ask the Court to find as follows:

22         1.   That the parties are currently scheduled for a status

23              hearing on November 14, 2012.  Defendants have been

24              reviewing the discovery produced by the government and

25              need additional time to complete the review of the

26              materials produced and conduct investigation.

27

28

2.   That the parties agree to a continuance of the status

hearing from November 14, 2012 to December 12, 2012 at

2:30 p.m. and agree that the failure to grant such a

continuance would unreasonably deny counsel the

reasonable time necessary for effective preparation,

taking into account the exercise of due diligence and

that November 14, 2012 through December 12, 2012 should

be excluded in accordance with the provisions of the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the

basis that the ends of justice are served by taking such

action which outweigh the best interest of the public

and the defendant in a speedy trial and also under

subsection (B)(iv) for effective preparation of counsel,

taking into account the exercise of due diligence.

Dated: November 9, 2012         _____/s/_____
                                Hallie Mitchell Hoffman
                                Assistant United States Attorney

Dated: November 9, 2012         _____/s/_____
                                Matthew G. Jacobs
                                Attorney for Defendant
                                Kenneth Tolin

Dated: November 9, 2012         _____/s/_____
                                Gail Shifman
                                Attorney for Defendant
                                Enrique Quiles, Sr.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

That the November 14, 2012 status hearing shall be vacated and continued until December 12, 2012 at 2:30 p.m.;

And, that the time from November 14, 2012 through December 12, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyers with time to review proposed plea agreements and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: November ___13___, 2012

IT IS SO ORDERED

Judge Edward M. Chen

HON. _____ HEN
United _____ Judge