```
GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Specially Appearing for Defendant
ENRIQUE QUILES, SR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH THOLIN, and<br>ENRIQUE QUILES, SR.,<br><br>　　　　　Defendants. | Case No. CR 12-0544 EMC<br><br>STIPULATION AND [P~~RO~~POSED]<br>ORDER CONTINUING STATUS HEARING<br>DATE AND EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

　　　Plaintiff, by and through its attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate as follows:

　　　The parties are currently scheduled for a status hearing on January 30, 2013 at 2:30 p.m.  Since their last appearance, the parties have been actively engaged in settlement negotiations and continue to do so.  There remain a few issues that the parties are currently working to resolve.  In order to allow sufficient time to resolve the outstanding issues and reduce the agreement

to writing, the parties jointly propose a short continuance of the upcoming hearing date. Specifically, the parties jointly submit that the hearing date and status conference presently set for January 30, 2013 be continued until February 13, 2013 at 2:30 p.m.

The parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that January 30, 2013 through February 13, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: January 24, 2013          /s/_____
                                 Hallie Mitchell Hoffman
                                 Assistant United States Attorney


Dated: January 24, 2013          /s/_____
                                 Matthew G. Jacobs
                                 Attorney for Defendant
                                 Kenneth Tolin


Dated: January 24, 2013          /s/_____
                                 Gail Shifman
                                 Attorney for Defendant
                                 Enrique Quiles, Sr.

Stipulation & [Proposed] Order                                          2

**[~~PROPOSED~~] ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

That the January 30, 2013 status hearing shall be vacated and continued until February 13, 2013 at 2:30 p.m.;

And, that the time from January 30, 2013 through February 13, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyers with time to review proposed plea agreements and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: January 25, 2013



_____
HON. EDWARD M. CHEN
United States District Judge

Stipulation & [Proposed] Order        3