```
GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
ENRIQUE QUILES, SR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH THOLIN, and<br>ENRIQUE QUILES, SR.,<br><br>    Defendants. | Case No. CR 12-0544 EMC<br><br>DEFENDANTS' UNOPPOSED MOTION AND [P~~ROPO~~SED] ORDER CONTINUING SENTENCING HEARING DATE |

Defendants, KENNETH THOLIN and ENRIQUE QUILES, SR., by and through their attorneys of record, request a continuance of the sentencing hearing date and ask the Court to find as follows:

1. That the Defendants are currently scheduled for sentencing on July 31, 2013.  That additional financial information and documentation needs to be obtained and provided by the Defendants to the Probation Office for review and possible inclusion in the Presentence Report.

2. That the government has no objection to the Defendants' request for a continuance of the sentencing hearing from July 31, 2013 to August 28, 2013 at 2:30 p.m. The Probation Office will have an Officer available on the requested date.

Dated: June 20, 2013                    /s/ Gail Shifman
                                        _____
                                        Gail Shifman
                                        Attorney for Defendant
                                        Enrique Quiles, Sr.

1  **[PROPOSED] ORDER**

   This matter having come before the Court upon the unopposed Motion of the Defendants and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

   That the July 31, 2013 sentencing hearing date shall be vacated and continued until August 28, 2013 at 2:30 p.m.

   **IT IS SO ORDERED.**

   Dated: June 27, 2013



_____
Edward M. Chen
United States District Judge

Defendants' Unopposed Motion & [Proposed] Order                 3